

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL ZAPPULLA,

Defendant.

2:13-CR-052-GMN-(GWF)

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 6, 2013, defendant PAUL ZAPPULLA pled guilty to Count One of a Ten-Count Criminal Indictment, charging him in Count One with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 51; Plea Agreement, ECF No. 52.

This Court finds defendant PAUL ZAPPULLA agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Plea Agreement. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 52.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement and the offense to which defendant PAUL ZAPPULLA pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 51; Plea Agreement, ECF No. 52.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1):

   a. $500.00 in United States Currency seized from 5450 E. Lake Mead Boulevard, Apt. #222, Las Vegas, NV;
   b. $1,893.00 in United States Currency seized from 2022 Castleberry Lane, Apt. D, Las Vegas, NV;
   c. $8,250.00 in United States Currency seized from 2022 Castleberry Lane, Apt. B, Las Vegas, NV;
   d. Hi Point 9mm semi-automatic handgun bearing serial number P096586 seized from 5450 E. Lake Mead Boulevard, Apt #222, Las Vegas, NV; and
   e. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of PAUL ZAPPULLA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5  following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 6 day of May 2013.

_____
UNITED STATES DISTRICT JUDGE